UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LOCAL 1703 OF THE INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL-CIO,<br>　　　　　　Plaintiff, | :<br>:<br>:<br>: |
| v. | :　C.A. No. 1:23-cv-00423 |
| THE TOWN OF TIVERTON and,<br>THE TIVERTON FIRE DEPARTMENT,<br>　　　　　　Defendant. | :<br>:<br>:<br>: |

## CONSENTED TO ORDER OF FINAL JUDGMENT

Plaintiff, Local 1703 of the International Association of Firefighters, AFL-CIO ("Union"), and Defendants the Town of Tiverton and the Tiverton Fire Department ("Town") hereby stipulate, agree, and consent to an Order of this Court entering a Final Judgment, closing the case, and establishing the following:

1. The Town shall not enforce, or impose discipline on any member of the Union based on, the provisions of Chapter 4, Paragraphs 18 and 19 of the 2007 Rules and Regulations of the Tiverton Fire Department based on any social media posts created by any member of the Union. The 2007 Rules and Regulations are attached to the Plaintiff's complaint as Exhibit 2.

2. The Court hereby instructs the clerk to administratively close the case.

READ, UNDERSTOOD, AND AGREED BY:

| PLAINTIFF, by its Attorney, | DEFENDANTS, by their Attorneys, |
|---|---|
| /*s*/ *Edward C. Roy, Jr.*<br>Edward C. Roy, Jr.<br>577 Tiogue Avenue, 2nd Floor<br>Coventry, RI  02816<br>(401) 823-0488<br>(401) 823-0486 (Facsimile)<br>Edward_Roy@hotmail.com | */s/ Timothy C. Cavazza*<br>Timothy C. Cavazza (#8079)<br>WHELAN CORRENTE & FLANDERS LLP<br>100 Westminster Street – Suite 710<br>Providence, RI 02903<br>Tel. (401) 270-4500<br>Fax (401) 270-3760<br>tcavazza@whelancorrente.com |